KELLY, Circuit Judge,
dissenting.
In my view, it was error not to appoint independent counsel to advise Martin whether or not he should waive his right to bring a claim regarding the assistance of his attorney. To expect Martin’s current counsel to attack his own competence would be unreasonable. See Robinson v. Norris, 60 F.3d 457, 460 (8th Cir. 1995). Thus, Martin has not yet had an opportunity to recount any circumstances that might form the basis of a claim that counsel had “abandoned” him. As such, it is premature to conclude that such a claim would be frivolous. Accordingly, I would decline to reach the merits of the case, and would instead reverse and remand it to the district court to appoint independent counsel to advise Martin on the waiver in the first instance. For this reason, I respectfully dissent.